■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAMELA D. THOMAS, Appellant. [862 NYS2d 921]—Appeal from a judgment of the County Court of Columbia County (Nichols, J.), rendered December 19, 2006, convicting defendant upon her plea of guilty of the crime of criminal sale of a controlled substance in the fifth degree.

Defendant waived indictment and agreed to be prosecuted by a superior court information charging her with criminal sale of a controlled substance in the fifth degree. She pleaded guilty to this charge and waived her right to appeal. She was then sentenced, in accordance with the plea agreement, to one year in prison to be followed by one year of postrelease supervision. Defendant now appeals.

Appellate counsel seeks to be relieved of her assignment of representing defendant on the basis that there are no nonfrivolous issues to be raised on appeal. Based upon our review of the record and counsel's brief, we agree. Therefore, the judgment is affirmed and counsel's request for leave to withdraw is granted (*see People v Cruwys*, 113 AD2d 979 [1985], *lv denied* 67 NY2d 650 [1986]; *see generally People v Stokes,* 95 NY2d 633 [2001]).

Cardona, P.J., Mercure, Rose, Lahtinen and Kane, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.